**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEW MEXICO**

In re:

UNITED BUILDING PRODUCTS, INC.,

          Debtor.

Case No. 10-12675-S7

(Chapter 7)

STIPULATED ORDER GRANTING MOTION
TO COMPEL CHAPTER 7 TRUSTEE TO ABANDON UNITED BUILDING
PRODUCTS, INC.'S OUTSTANDING ACCOUNTS RECEIVABLES

    Wells Fargo Bank, N.A. (Wells Fargo"), a secured creditor and party-in-interest, having filed a Motion to Compel Chapter 7 Trustee to Abandon United Building Products, Inc.'s Outstanding Accounts Receivables (the "Motion to Compel") and Supplement to Motion to Compel Chapter 7 Trustee to Abandon United Building Products, Inc.'s Outstanding Accounts Receivables (the "Supplement to Motion to Compel"), the parties have agreed to a stipulated order granting the Motion to Compel and the relief sought therein, the Court having duly considered the Motion to Compel, the Supplement to Motion to Compel and good cause appearing therefore,

      IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Motion to Compel is granted and all of United Building Products, Inc.'s outstanding accounts receivable (the "Property") are hereby abandoned; and

      IT IS FURTHER ORDERED, ADJUDGED AND DECREED directing the Chapter 7 Trustee to immediately turnover to Wells Fargo

any and all documents related to the Property, whether stored as hardcopies or electronically, including but not limited to the following: account summaries, billing and payment information, and any other loan or servicing documentation such as may be needed in order for Wells Fargo to foreclose, collect on and/or sell the Property.

/s/ James S. Starzynski
The Honorable James S. Starzynski
United States Bankruptcy Judge

Date entered on docket: October 27, 2010

Approved as to form and content.
Submitted by:
s/ submitted electronically
Séan P. O'Brien
GUST ROSENFELD P.L.C.
One E. Washington St., Suite 1600
Phoenix, AZ  85004-2553
Telephone:  (602) 257-7660
Facsimile:  (602) 340-1538
Email:  spobrien@gustlaw.com
Attorneys for Wells Fargo Bank, N.A.

Authorized by email on 10/26/2010
Phillip J. Montoya
PO Box 159
Albuquerque, NM 87103-0159
Telephone:  (505) 244-1152
Facsimile:  (505) 242-2836
Email:  pmontoya@swcp.com
Chapter 7 Trustee - United Building Products, Inc.